BEFORE THE THIRD DIVISION, JANUARY 28, 1944

**No. 49176.**—Petition 6401–R of Barrie-Morell & Co. (New York).

Opinion by EKWALL, J. It appeared from the evidence introduced by the petitioner that the entry in question had been made on the basis of delivered prices rather than quotation prices. When it was learned that the appraiser desired to advance the values to a price equal to foreign quotations for future delivery rather than delivered prices, he consulted other importers and decided to make a test case. It was found that the entry at the lower values was due to a difference of opinion upon a question of law and that there was no intention on the part of the importer to defraud the Government or deceive the Government officials. The petition was therefore granted.

BEFORE THE THIRD DIVISION, JANUARY 29, 1944

**No. 49177.**—Protests 99399–K, etc., of Eastern Grocery Co. et al. (Los Angeles, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49178.**—Protests 768301–G, etc., of Joseph Horne Co. et al. (Pittsburgh, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49179.**—Protests 101316–K, etc., of Wm. C. Scarlett & Co. et al. (Baltimore, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49180.**—Protests 796285–G, etc., of C. Landriani (New York).

Opinion by KEEFE, J. At the trial it was established that the vegetable coloring in question was extracted from the skin of grapes by means of a solvent. In accordance therewith and following *International Grape Products Co.* v. *United States* (6 Cust. Ct. 43, C. D. 421), which record was incorporated herein, the claim at 15 percent under paragraph 38 was sustained.